**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

United States of America,

vs.

CASE NUMBER: 2-26-mj-371

Tycen Proper,

Magistrate Judge King

**<u>NOTICE</u>**

**PLEASE NOTE** the **Preliminary Examination Hearing** in the above entitled action has been **<u>SCHEDULED</u>** for June 29, 2026 at 2:00 PM.

**Norah McCann King
UNITED STATES MAGISTRATE JUDGE**

Date: June 16, 2026          */s/ Spencer D. Harris*
(BY) Spencer D. Harris, Deputy Clerk
614-719-3027
spencer_harris@ohsd.uscourts.gov