**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.**  2-26-mj-371 |
| **v.** | |
| **TYCEN PROPER** | **MAGISTRATE JUDGE KING** |

### ORDER TO UNSEAL

Upon application of the United States and for good cause shown, IT IS HEREBY ORDERED that this case be unsealed.

June 16, 2026
DATE

*/s/ Norah McCann King*
NORAH MCCANN KING
UNITED STATES MAGISTRATE JUDGE