## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No:  2:26-MJ-371 |
| v. | : | |
| TYCEN PROPER | : | |
| Defendant. | : | |

## WAIVER OF DETENTION HEARING

Defendant, represented by counsel, waived his/her right to a detention hearing and agreed

to be detained in the custody of the United States Marshal pending final resolution of this matter.

If circumstances should change in the future the defendant may, upon written motion,

request a detention hearing to be held at that time.

_____
Defendant

_____
Defendant's Counsel