**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.: 2:26-MJ-00371** |
| | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **MAG. JUDGE: NORAH MCCANN KING** |
| | ) | |
| | ) | |
| **TYCEN PROPER** | ) | |
| | ) | |

---

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL OF RECORD**

---

Now comes undersigned counsel, Joseph C. Patituce, of the law firm of Patituce & Associates, LLC, who respectfully gives notice to this Honorable Court, as well as all counsel within this matter, of his appearance and substitution of counsel of record on behalf of the Defendant, Tycen Proper.  Undersigned counsel respectfully requests that he be added to the list of persons receiving notices, pleadings, correspondence, etc. either on the Court's electronic system and/or at the contact information below.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**

By: **/s/ Joseph C. Patituce**
Joseph C. Patituce (0081384)
Attorney for Defendant
16855 Foltz Parkway
Strongsville, Ohio 44149
Phone:  (440) 471-7784
Fax: (440) 398-0536
attorney@patitucelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Notice has been forwarded to all parties via the clerk's office electronic filing on the 17th day of June, 2026.

By: **<u>/s/ Joseph C. Patituce</u>**
Joseph C. Patituce (0081384)
Attorney for Defendant